IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jade Malkemus,                                            Case No. 3:24-cv-01581-JGC

         Plaintiff,

         v.                                                      **ORDER**

Commissioner of Social Security,

         Defendant.

This is an appeal from the denial of Social Security benefits. I referred the petition to Magistrate Judge James E. Grimes Jr. for a report and recommendation, which Judge Grimes has filed. (Doc. 9). In that report and recommendation, Judge Grimes duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On de novo review, I find the report and recommendation well-taken in all respects. I recognize that the petitioner, who missed the relevant filing deadline by one day, may find this outcome harsh. But as Judge Grimes explained in his report and recommendation, the law does not allow the relief that petitioner here seeks.

Accordingly, it is hereby ORDERED THAT the Magistrate Judge's report and recommendation, (Doc. 9), be, and the same hereby is, adopted as the order of this Court, and the petition be, and the same hereby is, denied and dismissed with prejudice.

         SO ORDERED.

Date: April 22, 2025                                         */s/ James G. Carr*
                                                                      Sr. U.S. District Judge